COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-04-010-
CV

IN RE DOUGLAS WEST 

AND DONNA WEST RELATORS

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM
 
OPINION
(footnote: 1)
------------

The court has considered relators’ petition for writ of mandamus 
and motion for emergency relief and is of the opinion that relief should be denied.  Accordingly, relators’ petition for writ of mandamus and motion for emergency relief are denied.

PER CURIAM

PANEL A
:  McCOY, J.; CAYCE, C.J.; and GARDNER, J.

DELIVERED January 14, 2004

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4
.